Charles H. Arthur et al., Appellants, *v.* Alfred P. Wright et al., Respondents.

(Submitted February 2, 1892; decided March 8, 1892.)

Appeal from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of June, 1890, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Circuit, and denied a motion for a new trial.

*H. C. Day* for appellants.

*Frank Brundage* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.  _____

Mary A. Stryker, Appellant, *v.* Francis M. Schuyler, Respondent.

(Submitted February 3, 1892; decided March 8, 1892.)

Appeal from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of January, 1889, which affirmed a judgment in favor of defendant entered upon the report of a referee.

*William H. Henderson* for appellant.

*John Woodward* for respondent.

Agree to affirm ; no opinion.
All concur, except Bradley and Haight, JJ., not sitting.
Judgment affirmed.